IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **SYBIL D. ENGLISH,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**VITAL SYSTEMS SPECIALTY CARE, LLC,** an Oklahoma Limited Liability Company; **VITAL SYSTEMS SPECIALTY CARE, INC.,** an Oklahoma domestic corporation; **VITAL SYSTEMS OF OKLHOMA INC.,** a Oklahoma domestic corporation; and **LARISSA BOWKER,** an individual;<br><br>    **Defendants.** | Case No. 24-CV-00065-R |

## DISCLOSURE STATEMENT IDENTIFYING CONSTITUENTS OF LLC

Defendant Vital Systems Specialty Care, LLC,[1] states as follows for its disclosure statement in accordance with Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1.1:

Vital Systems Specialty Care, LLC, is an Oklahoma limited liability company whose sole constituent is Toni Anson.

---

[1] Vital Systems Specialty Care, Inc. was converted into Vital Systems Specialty Care, LLC on November 13, 2018. Under Oklahoma law, "When a corporation has converted to an entity . . . the entity shall be deemed to be the same entity as the corporation." 18 O.S. § 1090.5(H).

2

        Respectfully submitted,

        **HALL, ESTILL, HARDWICK,**
        **GABLE, GOLDEN & NELSON, P.C.**

By:   *s/ Elaine R. Turner*
        Elaine R. Turner, OBA #13082
        Hilary H. Price, OBA #35200
        100 North Broadway, Suite 2900
        Oklahoma City, OK 73102-8865
        Telephone: (405) 553-2828
        Facsimile: (405) 553-2855
        Email: eturner@hallestill.com
        Email: hprice@hallestill.com

        **ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of February, 2024, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrant[s]:

Benjamin R. Grubb
Myriah S. Downs
DEWITT, PARUOLO & MEEK
705 N.W. 4th Street
Oklahoma City, OK 73102
Telephone: (405) 705-3600
Facsimile: (405) 705-2573
bgrubb@46legal.com
mdowns@46legal.com

**ATTORNEYS FOR PLAINTIFF**

*s/ Elaine R. Turner*

20100815.1:830503.01541