# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **SYBIL D. ENGLISH,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**VITAL SYSTEMS SPECIALTY CARE, LLC,** an Oklahoma Limited Liability Company; **VITAL SYSTEMS SPECIALTY CARE, INC.,** an Oklahoma domestic corporation; **VITAL SYSTEMS OF OKLHOMA INC.,** a Oklahoma domestic corporation; and **LARISSA BOWKER,** an individual;<br><br>    **Defendants.** | Case No. 24-CV-00065-R |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant, Vital Systems of Oklahoma, Inc. ("Defendant Vital Systems of Oklahoma, Inc."), certifies that it does not have any parent corporation and that there is no publicly held corporation that owns ten percent or more of its stock.

2

Respectfully submitted,

**HALL, ESTILL, HARDWICK,
GABLE, GOLDEN & NELSON, P.C.**

By: *s/ Elaine R. Turner*
    Elaine R. Turner, OBA #13082
    Hilary H. Price, OBA #35200
    100 North Broadway, Suite 2900
    Oklahoma City, OK  73102-8865
    Telephone: (405) 553-2828
    Facsimile: (405) 553-2855
    Email:  eturner@hallestill.com
    Email:  hprice@hallestill.com

    **ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of February, 2024, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrant[s]:

>Benjamin R. Grubb
>Myriah S. Downs
>DEWITT, PARUOLO & MEEK
>705 N.W. 4th Street
>Oklahoma City, OK 73102
>Telephone: (405) 705-3600
>Facsimile: (405) 705-2573
>bgrubb@46legal.com
>mdowns@46legal.com

**ATTORNEYS FOR PLAINTIFFS**

*s/ Elaine R. Turner*

20100814.1:830503.01541